**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>      Plaintiff,<br><br>vs.<br><br>MILLER TRANSPORTATION LLC, a Washington limited liability company; and SKY BENSON, an individual resident and citizen of California,<br><br>      Defendants. | NO. 2:20-CV-00148-RSM<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMITATION<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar:<br>March 22, 2021** |

  Plaintiff has requested leave to file its Motion for Partial Reconsideration in excess of six pages. Defendants have not appeared. Plaintiff advises that additional pages are necessary to sufficiently brief to this Court the relief Plaintiff seeks. Accordingly, this Court finds good cause to grant Plaintiff leave to file its Motion in excess of the six-page requirement.

  IT IS HEREBY ORDERED that Plaintiff is granted leave to file its Motion for Partial Reconsideration in excess of six (6) pages up to nine (9) pages.

ORDER GRANTING PLAINTIFF LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMITATION - NO. 2:20-CV-00148-RSM   - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Harris C20-148 order grant mtn exceed page limit/032321 1329/8576-0002

SO ORDERED this 23rd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF LEAVE
TO FILE MOTION IN EXCESS OF PAGE         - 2 -
LIMITATION - NO. 2:20-CV-00148-RSM

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Harris C20-148 order grant mtn exceed page limit/032321 1329/8576-0002

**CERTIFICATE OF SERVICE**

I, Cynthia H. Daniel, hereby certify that on March 23, 2021, I electronically filed the following:

- **[Proposed] Order Granting Plaintiff Leave to File Motion in Excess of Page Limitation; and**

- **Certificate of Service.**

with the Court using the CM/ECF system.

DATED this 22nd day of March 2021.

                          BETTS, PATTERSON & MINES P.S.

                          By  */s Cynthia H. Daniel*
                          Cynthia H. Daniel, Legal Assistant

ORDER GRANTING PLAINTIFF LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMITATION - NO. 2:20-CV-00148-RSM   - 3 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Harris C20-148 order grant mtn exceed page limit/032321 1329/8576-0002